J. Curtis Edmondson (SBN 236105)
  jcedmonson@edmolaw.com
Edmondson IP Law
3699 NE John Olsen Ave.
Hillsboro, OR  97124
Tel:   (503) 336-3749
Fax:   (503) 482-7418
*Attorneys for Plaintiff*
*Rondevoo Technologies, LLC*

Steve Cho (SBN 168576)
  syc@ampacc.com
AMPACC Law Group, PLLC
6100 219th St SW #580,
Mountlake Terrace, WA 98043
*Attorney for Defendant*
*Luidia Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDEVOO TECHNOLOGIES, LLC, a California company<br><br>Plaintiff,<br>v.<br><br>LUIDIA INC., a Delaware corporation.<br><br>Defendant. | Case No. 3:18-cv-00877-JD<br><br>**JOINT DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii)** |

Pursuant to **FRCP 41(a)(1)(A)(ii)**, Plaintiff Rondevoo Technologies, LLC, and Defendant and Counterclaim Plaintiff Luidia Inc., by their respective counsels, submit the following joint dismissal with prejudice of the above referenced case pursuant to the partie's settlement agreement.

The partie's respectfully request that the Court enter an order of dismissal with prejudice.

Dated: February 9, 2019

Respectfully submitted,

/s/ J. Curtis Edmondson
J. Curtis Edmondson
Law Offices of J. Curtis Edmondson
3699 NE John Olsen Ave., Hillsboro, OR 97124
jcedmondson@edmolaw.com
*Attorney for Plaintiff*

/s/ Steve Y. Cho
Steve Y. Cho
AMPACC Law Group, PLLC
6100 219th Street SW, Suite 580
Mountlake Terrace, WA 98043
syc@ampacc.com
*Attorney for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28